GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendants
DALE TRAUTMAN and
RUBY DITTO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE MORALES, NATALIE NELSON, KAYLA MORALES and NATALIE NELSON, as Guardian Ad Litem for K.M., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE TRAUTMAN, an individual; RUBY DITTO, an individual; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:21-cv-00565-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS RUBY DITTO ONLY WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties, through their counsel of record, to dismiss Ruby Ditto only, without prejudice. The parties agree that the statute of limitations will not be a defense if this Defendant is re-added to the case later if discovery so warrants. Each party shall bear its own attorneys' fees and costs.  The $2,000.00 costs  Deposit shall be returned to The Law Office of Jason A. Pollack forthwith.

-1-

1  The parties further stipulate that the obligation of plaintiffs to respond to the pending
2  discovery requests served by Ruby Ditto is not extinguished by the dismissal order.   Plaintiffs
3  have 45 Days from the date of signing this stipulation to respond to the outstanding discovery, all
4  rights and objections preserved.

| Dated:  September 13, 2021 | Dated:  September 13, 2021 |
|---|---|
| **LAW OFFICES OF JASON A. POLLACK** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
| */s/ Jason Pollack*<br>_____<br>JASON A. POLLACK, ESQ.<br>Pro Hac Vice<br>12400 Wilshire Blvd., Ste. 800<br>Los Angeles, CA 90025<br>(310) 824-8733<br>*Attorneys for Plaintiffs* | */s/ Greg Schulman*<br>_____<br>GREGORY M. SCHULMAN, ESQ.<br>Nevada Bar No. 5766<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>(702) 366-0622<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**.

DATED:  September 13, 2021

_____
UNITED STATES DISTRICT JUDGE