**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOSE MORALES, NATALIE NELSON, KAYLA MORALES and NATALIE NELSON, as Guardian Ad Litem for K.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DALE TRAUTMAN,<br><br>Defendant. | 2:21-cv-0565-APG-VCF<br><br>**<u>ORDER</u>** |

Before the Court are defendant's emergency motion to compel plaintiff Natalie Nelson to attend an FRCP 35 Exam (ECF No. 65) and defendant's emergency motion to extend discovery deadlines (ECF No. 66).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the defendant's emergency motion to compel plaintiff Natalie Nelson to attend an FRCP 35 Exam (ECF No. 65) and defendant's emergency motion to extend discovery deadlines (ECF No. 66), is scheduled for 10:00 AM, July 18, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that any opposition to defendant's emergency motion to compel plaintiff Natalie Nelson to attend an FRCP 35 Exam (ECF No. 65) and defendant's emergency motion to extend discovery deadlines (ECF No. 66), must be filed on or before July 15, 2022. No reply needed.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 15, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

1   Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
2   to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 11th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE