GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendants
DALE TRAUTMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MORALES, NATALIE NELSON, KAYLA MORALES and NATALIE NELSON, as Guardian Ad Litem for K.M., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE TRAUTMAN, an individual; RUBY DITTO, an individual; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00565-APG-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FUTURE DATES AND RETAIN JURISDICTION** |

The parties are pleased to report that thanks to the efforts of the Hon. Stewart Bell, (Ret.) of JAMS at Mediation Conference, this matter has settled in all respects, including Plaintiffs' claims for bodily injury damages, attorney's fees, litigation expenses and costs. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the meantime, IT IS HEREBY STIPULATED AND AGREED between the parties, through their counsel of record, that all future dates and deadlines be vacated.

Further that the $2,000.00 costs Deposit shall be returned to The Law Office of Jason A. Pollack forthwith along with accrued interest.

| | |
|---|---|
| Dated: February 21, 2023 | Dated: February 21, 2023 |
| **LAW OFFICES OF JASON A. POLLACK** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
| \s\ Jason A. Pollack | \s\ Gregory M. Schulman |
| JASON A. POLLACK, ESQ.<br>Pro Hac Vice<br>12400 Wilshire Blvd., Ste. 800<br>Los Angeles, CA 90025<br>(310) 824-8733<br>*Attorneys for Plaintiffs* | GREGORY M. SCHULMAN, ESQ.<br>Nevada Bar No. 5766<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>(702) 366-0622<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**.

DATED: February 28, 2023

_____
UNITED STATES DISTRICT JUDGE

-2-