GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISING
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendants
DALE TRAUTMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MORALES, NATALIE NELSON, KAYLA MORALES and NATALIE NELSON, as Guardian Ad Litem for K.M., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE TRAUTMAN, an individual; RUBY DITTO, an individual; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00565-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties, through their counsel of record, that the above-entitled matter be dismissed with prejudice. Each party shall

///
///
///
///
///
///
///

-1-

1 | bear their own attorneys' fees and costs.

| Dated: May 1st, 2023 | Dated: May 1, 2023 |
|---|---|
| **LAW OFFICES OF JASON A. POLLACK** | **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** |
| /s/ Jason A. Pollack | |
| JASON A. POLLACK, ESQ.<br>Pro Hac Vice<br>12400 Wilshire Blvd., Ste. 800<br>Los Angeles, CA 90025<br>(310) 824-8733 | GREGORY M. SCHULMAN, ESQ.<br>Nevada Bar No. 5766<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>(702) 366-0622 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### ORDER

**IT IS SO ORDERED** that the above-entitled matter is dismissed with prejudice with each party to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE
CASE NO. 2:21-cv-00565
DATED: May 2, 2023