# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 2:21-cv-00565-APG-VCF |
| Plaintiffs | **Order Regarding Bond** |
| v. | |
| DALE TRAUTMAN, et al., | |
| Defendants | |

The plaintiffs Management, LLC deposited $2,000 as security for costs. ECF Nos. 19; 20. The parties have stipulated to dismiss this action with prejudice. ECF No. 84. The $2,000 remains on deposit with the court.

I THEREFORE ORDER the parties to confer about how to dispose of the $2,000 plus any accrued interest. The parties will file either a stipulation or a joint brief explaining each side's position by May 19, 2023.

DATED this 3rd day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE