UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 2:21-cv-00565-APG-VCF |
| Plaintiffs | **Order Regarding Bond** |
| v. | |
| DALE TRAUTMAN, et al., | |
| Defendants | |

The plaintiffs deposited $2,000 as security for costs. ECF Nos. 19; 20. The parties have stipulated to dismiss this action with prejudice, but the $2,000 remains on deposit with the court. I ordered the parties to confer about how to dispose of the deposit and accrued interest and to file either a stipulation or a joint brief explaining each side's position by May 19, 2023. ECF No. 85. Nothing was filed.

I THEREFORE ORDER the parties to confer about how to dispose of the $2,000 plus accrued interest and file either a stipulation or a joint brief explaining each side's position by **June 7, 2023**. The failure to respond to this order may result in sanctions against the parties and counsel.

DATED this 24th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE