**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 2:21-cv-00565-APG-VCF |
| Plaintiffs | **Order Regarding Bond** |
| v. | |
| DALE TRAUTMAN, et al., | |
| Defendants | |

In light of the plaintiffs' response (ECF No. 87) and the parties' prior notice of settlement (ECF No. 79),

I ORDER the clerk of court to return the $2,000 plus any accrued interest to The Law Office of Jason A. Pollack.

DATED this 25th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE